583 A.2d 347
STATE OF NEW JERSEY v. DOUGLAS GRIFFIN.

March 26, 1990.

Petition for certification denied.

583 A.2d 347
STATE OF NEW JERSEY v. ROBERT SMITH.

March 26, 1990.

Petition for certification denied.

583 A.2d 347
STATE OF NEW JERSEY v. ROBERT BOTELHO.

March 26, 1990.

Petition for certification denied.

583 A.2d 348
STATE OF NEW JERSEY v. RODNEY GAY.

March 26, 1990.

Petition for certification denied.

583 A.2d 348
STATE OF NEW JERSEY v. WALTER LEE CRAIG.

March 26, 1990.

Petition for certification denied. (See 237 *N.J.Super.* 407, 568 *A.*2d 100)